PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

RECEIVED
WILLIAM T. WALSH, CLERK

2005 MAY 13  A 10: 46

UNITED STATES
DISTRICT COURT

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul O. Tibby                                    Cr.: 01-00464-001

Name of Sentencing Judicial Officer: The Honorable Joel A. Pisano

Date of Original Sentence: 04/22/02

Original Offense: Bank Fraud

Original Sentence: Three (3) years probation. On 2/14/05-Probation extended two (2) additional years until 04/21/07

Type of Supervision: Probation                         Date Supervision Commenced: 04/22/02

Assistant U.S. Attorney: Michelle Brown                Defense Attorney: John Yauch, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
| | The offender failed to report as directed on the following dates: 11/17/02, 01/14/03, 02/12/03, 03/05/03, 02/08/05, and 04/19/05. |
| | Additionally, the offender has failed to submit his monthly supervision reports for the months of October 2004 through March 2005. |
| 2. | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $482,881.71 to First Union Bank; it shall be paid in the following manner: Shall be paid in monthly installments of no less than $150.00.' |
| | The offender has failed to pay his restitution obligation as ordered. The offender has only paid a total of $440 during the probation term with his last payment of $40 being submitted on July 15, 2004. |

PROB 12C - Page 2
Paul O. Tibby

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 04/26/05

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 5/25/05 @ 11:00 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/12/05
Date